12-05899 / 11-12584
Unique Mailing Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 4 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $2,158.42 | Credit Card Debt | 9/1/2011 | Unsecured | American Express Bank, FSB c/o Becket & Lee LLP, Gilbert B. Weisman, PO Box 3001, Malvern, PA 19355 |
| 31 | Pending | Unique Mailing Services, Inc. (11-12584) | $1,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 31 | Pending | Unique Mailing Services, Inc. (11-12584) | $1,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 44 | Allowed | Unique Mailing Services, Inc. (11-12584) | $672.54 | Goods Sold | 9/19/2011 | Unsecured | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 44 | Allowed | Unique Mailing Services, Inc. (11-12584) | $253.82 | Goods Sold | 9/19/2011 | Unsecured Priority | Motion Industries P.O. Box 1477, Birmingham, AL 35201 |
| 63 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $4,276.95 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 63 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $4,276.95 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 67 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $4,276.96 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 67 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $4,276.96 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 73 | Allowed | Unique Mailing Services, Inc. (11-12584) | $766.14 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 97 | Allowed | Unique Mailing Services, Inc. (11-12584) | $1,492.23 | Goods sold | 10/26/2011 | Unsecured | VIDEOJET TECHNOLOGIES, INC. 12113 COLLECTION CENTER DRIVE, ATTN: ACCTS. RECEIVABLE, Chicago, IL 60693 |
| 157 | Allowed | Unique Mailing Services, Inc. (11-12584) | Not less than $411,152.87 | | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 164 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $1,450.44 | | 12/22/2011 | Unsecured | Xerox Corporation Attn: Vanessa Adams, 1301 Ridgeview Drive - 450, Lewisville, TX 75057 |
| 167 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $417.58 | Goods sold, services performed | 1/19/2012 | Unsecured | PADILLA & SONS SEMI REPAIR 3153 S. STATE ST., Lockport, IL 60441 |
| 170 | Allowed | Unique Mailing Services, Inc. (11-12584) | $896.78 | Goods sold | 1/12/2012 | Unsecured | Speedway LLC, Subsidary of Marathon Petroleum Co. LP Speedway LLC, P.O. Box 1590, Springfield, OH 45501 |
| 195 | Allowed | Unique Mailing Services, Inc. (11-12584) | $417.58 | Goods sold, Services performed | 1/19/2012 | Unsecured | PADILLA & SONS SEMI REPAIR 3153 S. STATE ST., Lockport, IL 60441 |
| 197 | Allowed | Unique Mailing Services, Inc. (11-12584) | $3,484.74 | Goods Sold | 1/19/2012 | Unsecured | Fair Harbor Capital, LLC Ansonia Finance Station, PO Box 237037, New York, NY 10023 |
| 201 | Allowed | Unique Mailing Services, Inc. (11-12584) | $1,515.00 | Labor, materials | 1/19/2012 | Unsecured | Signco Inc. 1327 N. 31st Avenue, Melrose Park, IL 60160 |
| 229 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 229 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 229 | Disallowed | Unique Mailing Services, Inc. (11-12584) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 242 | Allowed | Unique Mailing Services, Inc. (11-12584) | $530.35 | Goods Sold | 1/27/2012 | Unsecured | ROBATECH MIDWEST, INC. 1500 S. SYLVANIA AVE., SUITE 110, Sturtevant, WI 53177 |
| 245 | Allowed | Unique Mailing Services, Inc. (11-12584) | $1,594.30 | Good sold | 1/26/2012 | Unsecured | ADAPT-A-PAK CORP. 201 W. 6TH ST., Lockport, IL 60441 |
| 270 | Allowed | Unique Mailing Services, Inc. (11-12584) | $609.35 | Services performed | 2/12/2012 | Unsecured | Call One Inc. 123 N. Wacker Dr., Fl. 7, Chicago, IL 60606-1796 |
| 270 | Allowed | Unique Mailing Services, Inc. (11-12584) | $609.35 | Services performed | 2/12/2012 | Unsecured Priority | Call One Inc. 123 N. Wacker Dr., Fl. 7, Chicago, IL 60606-1796 |
| 295 | Allowed | Unique Mailing Services, Inc. (11-12584) | $70.16 | Services performed | 2/17/2012 | Unsecured | Splat Pest Control, Inc. 1012 Evergreen Drive, Carol Stream, IL 60188 |
| 305 | Allowed | Unique Mailing Services, Inc. (11-12584) | $613.70 | Legal Services Performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 317 | Allowed | Unique Mailing Services, Inc. (11-12584) | $37,655.62 | Services performed. | 2/23/2012 | Unsecured | PRODIGY MAILING SERVICE INC. 389 E.SOUTH FRONTAGE RD., Bolingbrook, IL 60440 |
| 324 | Allowed | Unique Mailing Services, Inc. (11-12584) | $12,284.74 | Parts repair of equipment | 2/28/2012 | Unsecured | Allison's Hydraulic Service Inc 1352 Enterprise Dr., Romeoville, IL 60446 |
| 333 | Disallowed | Unique Mailing Services, Inc. (12-05899) | $249,473.53 | Breach of equipment financing agreement. | 3/6/2012 | Unsecured | Alliance Leasing Inc. c/o Askounis & Darcy PC (Thomas V. Askounis Esq.) 444 N. Michigan Ave., Ste. 3270, Chicago, IL 60611 |
| 333 | Disallowed | Unique Mailing Services, Inc. (12-05899) | $9,473.53 | Breach of equipment financing agreement. | 3/6/2012 | Unsecured | Alliance Leasing Inc. c/o Askounis & Darcy PC (Thomas V. Askounis Esq.) 444 N. Michigan Ave., Ste. 3270, Chicago, IL 60611 |
| 333 | Disallowed | Unique Mailing Services, Inc. (12-05899) | $240,000.00 | Breach of equipment financing agreement. | 3/6/2012 | Secured | Alliance Leasing Inc. c/o Askounis & Darcy PC (Thomas V. Askounis Esq.) 444 N. Michigan Ave., Ste. 3270, Chicago, IL 60611 |
| 352 | Allowed | Unique Mailing Services, Inc. (12-05899) | $2,780.72 | | 3/8/2012 | Unsecured | Bell & Howell 3791 S Alston Ave, Durham, NC 27713 |
| 352 | Allowed | Unique Mailing Services, Inc. (12-05899) | $836.02 | | 3/8/2012 | Unsecured Priority | Bell & Howell 3791 S Alston Ave, Durham, NC 27713 |
| 364 | Allowed | Unique Mailing Services, Inc. (11-12584) | $111.88 | Provision of water services | 3/8/2012 | Unsecured | Illinois American Water PO BOX 578, Alton, IL 62002 |
| 368 | Allowed | Unique Mailing Services, Inc. (11-12584) | $2,208.06 | Provision of Water Service | 3/8/2012 | Unsecured | Illinois American Water PO BOX 578, Alton, IL 62002 |
| 370 | Allowed | Unique Mailing Services, Inc. (11-12584) | $493.66 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 381 | Pending | Unique Mailing Services, Inc. (12-05899) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 427 | Pending | Unique Mailing Services, Inc. (12-05899) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 427 | Pending | Unique Mailing Services, Inc. (12-05899) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 444 | Withdrawn | Unique Mailing Services, Inc. (12-05899) | $7,960.00 | Accounting/Tax Prep | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 452 | Pending | Unique Mailing Services, Inc. (12-05899) | $5,206,030.15 | Guaranty: See Addendum | 3/9/2012 | Unsecured | MB Financial Bank NA (David Beck) 6111 N. River Rd., Rosemont, IL 60018-5111 |
| 461 | Settled | Unique Mailing Services, Inc. (12-05899) | $994,912.82 +unliquidated | see attached rider | 3/11/2012 | Unsecured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 461 | Settled | Unique Mailing Services, Inc. (12-05899) | $994,912.82 +unliquidated | see attached rider | 3/11/2012 | Secured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 467 | Withdrawn | Unique Mailing Services, Inc. (12-05899) | 556,190.71 plus attorneys' fee | Money Loaned (See Exhibit A) | 3/9/2012 | Unsecured | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC (Inland Bank & Trust) 150 S. Wacker Dr., Ste. 2900, Chicago, IL 60606-4206 |
| 467 | Withdrawn | Unique Mailing Services, Inc. (12-05899) | $556,190.71 | Money Loaned (See Exhibit A) | 3/9/2012 | Secured | c/o Eugene Stuart Kraus Esq., Scott & Kraus LLC (Inland Bank & Trust) 150 S. Wacker Dr., Ste. 2900, Chicago, IL 60606-4206 |
| 475 | Allowed | Unique Mailing Services, Inc. (11-12584) | $28,275.00 | | 8/28/2012 | Unsecured | DAN KHOURI 3056 CRESWOOD LANE, GLENVIEW, IL 60025 |

12-05899 / 11-12584  
Unique Mailing Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 475 | Allowed | Unique Mailing Services, Inc. (11-12584) | $11,725.00 | | 8/28/2012 | Unsecured Priority | DAN KHOURI 3056 CRESWOOD LANE, GLENVIEW, IL 60025 |
| 479 | Pending | Unique Mailing Services, Inc. (12-05899) | $18,650.96 | Vacation and sick pay | 2/28/2013 | Unsecured | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 479 | Pending | Unique Mailing Services, Inc. (12-05899) | $3,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 482 | Pending | Unique Mailing Services, Inc. (12-05899) | $34,330.46 | Vacation and sick pay | 2/28/2013 | Unsecured | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 482 | Pending | Unique Mailing Services, Inc. (12-05899) | $3,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 490 | Withdrawn | Unique Mailing Services, Inc. (12-05899) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 519 | Pending | Unique Mailing Services, Inc. (12-05899) | $100,000.00 | Unpaid pre-petition loan | 5/6/2013 | Unsecured | Arun Kumar Veluchamy 3001 Oak Brook Hills Rd. 31st St., Oak Brook, IL 60523-1633 |
| AC122-1 | Allowed | Unique Mailing Services, Inc. (11-12584) | $3,784.35 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC31-1 | Allowed | Unique Mailing Services, Inc. (11-12584) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |